UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80988-CIV-RYSKAMP/HOPKINS

CORDELL FUNDING, LLLP,
a Florida Limited Liability
Limited Partnership,

    Plaintiff,

v.

JOEL JENKINS,

    Defendant.
_____/

## ORDER STRIKING AMENDED MOTION FOR PREVAILING PARTY ATTORNEY'S FEES

THIS CAUSE comes before the Court pursuant to Plaintiff's amended motion for prevailing party attorney's fees, filed May 19, 2015 **[DE 220]**. On September 4, 2015 **[DE 226]**, Defendant appealed the Court's August 4, 2015 **[DE 225]** order denying motion for rehearing, reconsideration and/or to alter or amend the judgment. The Court strikes the amended motion for attorney's fees due to the pendency of the aforementioned appeal. Any motion for attorneys' fees may be refiled at the conclusion of the appeal.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 15th day of September, 2015.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE