UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80988-CIV-RYSKAMP/HOPKINS

CORDELL FUNDING, LLLP, a
Florida Limited Liability Limited
Partnership,

    Plaintiff,

v.

JOEL JENKINS,

    Defendant.
_____/

## ORDER REQUESTING BRIEFING ON DIVERSITY JURISDICTION ISSUE

THIS CAUSE comes before the Court pursuant to the December 7, 2015 **[DE 229]** order of limited remand from the Eleventh Circuit wherein the Eleventh Circuit requested that the undersigned make a factual determination as to whether diversity jurisdiction exists in this matter and to permit further proceedings to address any jurisdictional deficiencies. It is hereby

ORDERED AND ADJUDGED that within seven days of the date of this order, Plaintiff shall submit its amended complaint, the Eleventh Circuit's jurisdictional question and its response thereto, as well as a five page statement of its position on any jurisdictional issues in this matter. Defendant shall submit within seven days its response to the Eleventh Circuit's jurisdictional question, as well as a five page statement of its position on any jurisdictional issues in this matter. The Court will thereafter take the matter under advisement and will request

additional briefing, if necessary, and will permit further proceedings, if necessary, to address any jurisdictional deficiencies.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 25th day of February, 2016.

<u>S/Kenneth L. Ryskamp</u>
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE