UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-KLR

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
        Plaintiff,
-vs-

**JOEL JENKINS,**
        Defendant.
_____/

## CORDELL FUNDING, LLLP'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ORDER REQUESTING BRIEFING ON DIVERSITY JURISDICTION ISSUE [DE 230]

**HERE NOW COMES**, Plaintiff, Cordell Funding, L.L.L.P., by and through the undersigned counsel and files Cordell Funding, LLLP's Motion for Enlargement of Time to Respond to Order Requesting Briefing on Diversity Jurisdiction Issue **[DE 230]**, and states the following in support thereof:

1. On February 26, 2016, this Court entered an Order Requesting Briefing on Diversity Jurisdiction Issue **[DE 230]**, requesting Plaintiff to submit their amended Complaint, the Eleventh Circuit's jurisdictional question and its response thereto, and a five page statement on its position on any jurisdictional issue in this matter.

2. Plaintiff has 7 days from the date of the February 26, 2016 Order to file their response.

3. Plaintiff request this Honorable Court grant Plaintiff an additional four days to finalize the response requested by the Court.

Cordell Funding, LLLP V. Jenkins
Motion for Enlargement of Time
Page 2 of 2

4. This motion is not filed for the purpose of delay, but rather to allow the Plaintiff sufficient time to finalize their response.

5. The undersigned has reached out to Defendant's counsel, Gerald Richman regarding this motion, but was unable to reach Mr. Richman.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant Plaintiff an additional four days to respond to the Order Requesting Briefing on Diversity Jurisdiction Issue.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **Friday, March 04, 2016**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

Respectfully Submitted,
**ROY & ASSOCIATES, P.A.**

By: /s/: Dave K. Roy, Esq.
**DAVE K. ROY, ESQ. (FBN 92551)**
1665 Palm Beach Lakes Blvd., Suite 101
West Palm Beach, FL 33401
Telephone: (561) 729-0095
Facsimile: (267) 222-6953
E-mail: info@daveroylaw.com

**SERVICE LIST**
**Gerald F. Richman, Esq.,** Richman Greer, P.A., 250 Australian Ave. S., West Palm Beach, FL 33401; E-mail: grichman@richmangreer.com *Attorneys for Def., Joel Jenkins*