UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:11-CV-80988-KLR

CORDELL FUNDING, LLLP.,
a Florida Limited Liability
Limited Partnership

      Plaintiff,
vs.

JOEL JENKINS,

      Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ORDER REQUESTING BRIEFING ON DIVERSITY JURISDICTION ISSUE (DE 231)**

      Defendant, Joel Jenkins ("Jenkins" or "Defendant"), by and through undersigned counsel, pursuant to the Court's order and direction pursuant to DE 232, hereby files this response to Plaintiff's Motion for Enlargement of Time to Respond to Order Requesting Briefing on Diversity Jurisdiction Issue (DE 231), and states as follows:

      1.    Defendant Joel Jenkins has no objections to Plaintiff's Motion for Enlargement of Time to Respond to Order Requesting Briefing on Diversity Jurisdiction Issue (DE 231).

      Respectfully submitted,

      RICHMAN GREER, P.A.
      *Attorneys for Defendant, Joel Jenkins*
      250 Australian Avenue South
      West Palm Beach, FL 33401
      Tel:    561-803-3500
      Fax:    561-820-1608

  By:   /s/ Gerald F. Richman
      GERALD F. RICHMAN
      Florida Bar No. 0066457
      grichman@richmangreer.com

                        LEORA B. FREIRE
                        Florida Bar No. 0013488
                        lfreire@richmangreer.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                        By:  /s/ Gerald F. Richman
                            GERALD F. RICHMAN

Service List
Dave Roy, Esq.
Roy & Associates
daveroy@mac.com
Counsel for Plaintiff