UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:11-CV-80988-KLR

CORDELL FUNDING, LLLP.,
a Florida Limited Liability
Limited Partnership

      Plaintiff,
vs.

JOEL JENKINS,

      Defendant.
_____/

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ORDER REQUESTING BRIEFING ON DIVERSITY JURISDICTION ISSUE (DE 230)

      Defendant, Joel Jenkins ("Jenkins" or "Defendant"), by and through undersigned counsel, and files Defendant Joel Jenkins; Motion for Enlargement of Time to Respond to Order Requesting Briefing on Diversity Jurisdiction Issue (DE 230), and states the following in support thereof:

      1.    On February 26, 2016, this Court entered an Order Requesting Briefing on Diversity Jurisdiction Issue (DE 230), requesting Defendant to file "within seven days its response to the Eleventh Circuit's jurisdictional question, as well as a five page statement of its position on any jurisdictional issues in this matter."

      2.    Defendant's response, if said response was calculated to be due seven days from the date of the Order, would be due today, March 4, 2016.

      3.    Defendant's response, if said response is calculated to be seven days from the date of Plaintiff's filing, would be seven days after the Plaintiff's requested extension, if said extension which Defendant does not oppose is granted.

**RICHMAN GREER, P.A.**
Miami • West Palm Beach

4.     Defendant herein requests that this Court grant Defendant the seven days to respond after Plaintiff has filed its Amended Complaint and five page statement/briefing on Diversity Jurisdiction Issue.

5.     This motion is not filed for the purpose of delay, but rather to allow the Defendant sufficient time to prepare and finalize his response.

6.     The undersigned has reached out to Plaintiff's counsel, Dave Roy, Esq., regarding this motion, but has been unable to reach Mr. Roy

WHEREFORE, Defendant Jenkins respectfully requests that this Honorable Court grant Defendant an additional seven days after Plaintiff has filed the Amended Complaint and complied with the briefing schedule required by this Honorable Court.

Respectfully submitted,

RICHMAN GREER, P.A.
*Attorneys for Defendant, Joel Jenkins*
250 Australian Avenue South
West Palm Beach, FL 33401
Tel:    561-803-3500
Fax:    561-820-1608

By:   /s/ Gerald F. Richman
        GERALD F. RICHMAN
        Florida Bar No. 0066457
        grichman@richmangreer.com
        LEORA B. FREIRE
        Florida Bar No. 0013488
        lfreire@richmangreer.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in

some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>By:  /s/ Gerald F. Richman
>     GERALD F. RICHMAN

<u>Service List</u>
Dave Roy, Esq.
Roy & Associates
daveroy@mac.com
Counsel for Plaintiff