UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-KLR

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
    Plaintiff,
-vs-

**JOEL JENKINS,**
   Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT

**HERE NOW COMES**, Plaintiff, Cordell Funding, LLLP, by and through the undersigned counsel, and hereby gives Notice of Filing Plaintiff's Second Amended Complaint (attached hereto as **Exhibit A)**, pursuant to the Order Requesting Briefing on Diversity Jurisdiction Issue **(D.E. # 230).**

1. The highlighted portion of the Second Amended Complaint, paragraphs 1 and 2, are the only portions of the Second Amended Complaint that have any changes from the First Amended Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **Friday, March 11, 2016**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

Cordell Funding, LLLP V. Jenkins
Plaintiff's NOF 2nd Amended Complaint
Page 2 of 2

                                          Respectfully Submitted,
                                          **ROY & ASSOCIATES, P.A.**

                                          <u>**/s/: Dave K. Roy, Esq.**</u>
By: _____
                                          **DAVE K. ROY, ESQ. (FBN 92551)**
                                          1665 Palm Beach Lakes Blvd., Suite 101
                                          West Palm Beach, FL 33401
                                          Telephone:   (561) 729-0095
                                          Facsimile:    (267) 222-6953
                                          E-mail: info@daveroylaw.com

<u>**SERVICE LIST**</u>
**Gerald F. Richman, Esq.,** Richman Greer, P.A., 250 Australian Ave. S., West Palm Beach, FL 33401; E-mail: grichman@richmangreer.com *Attorneys for Def., Joel Jenkins*