## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-80988-MIDDLEBROOKS

CORDELL FUNDING, LLLP,

      Plaintiff,

v.

JOEL JENKINS,

      Defendant.

_____/

### ORDER ON PROCEDURE ON REMAND

THIS CAUSE comes before the Court upon the Parties' briefs in response to the Court's Order Requesting Briefing on Jurisdictional Issue. (DE 230). On December 7, 2015, the United States Court of Appeals for the Eleventh Circuit remanded this case for the purpose of making a factual determination as to whether diversity jurisdiction exists in this case and to permit further proceedings to address jurisdictional deficiencies, if deemed necessary by the Court. (DE 229). On February 25, 2016, the Court issued an Order Requesting Briefing on Jurisdictional Issue. (DE 230). On March 11, 2016, Plaintiff filed a Second Amended Complaint in an attempt to remedy the jurisdictional deficiencies in the Amended Complaint. (DE 236). The Parties also filed their briefs in response to the Court's Order, requesting an opportunity to develop the record as to the citizenship of the Parties. (DE 238; DE 241; DE 243).

When federal jurisdiction is based upon diversity, a plaintiff must allege that the amount in controversy exceeds $75,000, and "must include the citizenship of each party, so that the court

is satisfied that no plaintiff is a citizen of the same state as any defendant."[1] *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013) (internal citation omitted); 28 U.S.C. § 1332. "Without such allegations, district courts are constitutionally obligated to dismiss the action altogether if the plaintiff does not cure the deficiency." *Id.* (internal citation omitted). "Yet we need not vacate a decision on the merits if the evidence submitted during the course of the proceedings cures any jurisdictional pleading deficiency by convincing us of the parties' citizenship." *Id.* at 1269 (internal citations omitted). In addition, the record may be developed on limited remand to the extent necessary to prove citizenship. *Payroll Mgmt., Inc. v. Lexington Ins. Co.*, 566 F. App'x 796, 803 (11th Cir. 2014). Accordingly, it is appropriate for the Court to permit limited discovery to supplement any deficiencies in the pleadings and the record regarding the Parties' citizenship. It is hereby

**ORDERED AND ADJUDGED** that

(1) The Parties must submit a Joint Status Report by **January 25, 2017**, explaining what discovery, if any, the Parties have completed on remand.

(2) To the extent the Parties have not completed jurisdictional discovery, the Parties may conduct discovery for the limited purpose of determining the citizenship of the

---

[1] The citizenship of an unincorporated entity is the citizenship of its members. *Americold Realty Trust v. Conagra Foods, Inc.*, 557 U.S. ---, 136 S. Ct. 1012, 1015 (Mar. 7, 2016). Although the Supreme Court has "never expressly defined the term [members]," it has "equated an association's members with its owners or 'the several persons composing such association.'" *Id.* (citing *Carden v. Arkoma Associates*, 494 U.S. 185, 196 (1990)). Accordingly, when a trust is arranged as an unincorporated entity, the citizenship of its shareholder beneficiaries determines its citizenship. *See Americold*, 136 S. Ct. at 1016-17; *see also Xaros v. U.S. Fidelity and Guar. Co.*, 820 F.2d 1176, 1181 (11th Cir. 1987). In contrast, when legal proceedings involve a traditional trust, which is "not considered a distinct legal entity, but a fiduciary relationship between multiple people," suit is "brought by or against the trustees in their own name," and "[the trustee's] citizenship is all that matters for diversity purposes." *Americold*, 557 U.S. ---, 136 S. Ct. at 1016 (internal quotations and citations omitted).

Parties.  The deadline for the Parties to complete jurisdictional discovery is **February 21, 2017.**

(3) Each Party may submit a brief of no more than 10 pages, not including attached evidence, as to whether the Court has subject matter jurisdiction.  The deadline for the Parties to submit their briefs is **February 23, 2017.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of January, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record