UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-KLR

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
        Plaintiff,
-vs-

**JOEL JENKINS,**
        Defendant.
_____/

## JOINT STATUS REPORT

**HERE COMES NOW,** Plaintiff, Cordell Funding, LLLP, together with Defendant, Joel Jenkins, by and through their respective counsel, and files this Joint Status Report pursuant to this Court's Order on January 24, 2017 (DE 251). In support thereof, Plaintiff and Defendant state the following:

1. The Parties have not yet conducted discovery, however, the Parties are working together to conduct discovery on the limited issue of citizenship of the parties either by affidavit and/or depositions without limitation to using other forms of discovery.

2. To the extent that depositions need to be set outside of the district, the Parties are cooperating to coordinate those depositions by telephone.

**WHEREFORE,** Plaintiff, Cordell Funding, LLLP, and Defendant, Joel Jenkins, offer the foregoing Status Report.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **Wednesday, January 25, 2017**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of

Cordell Funding, LLLP V. Jenkins
Case No.: 9:11-cv-80988-KLR
Joint Status Report
Page 2 of 2

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

>Respectfully Submitted,
>**ROY & ASSOCIATES, P.A.**
>
>By: ___**/s/: Dave K. Roy, Esq.**___
>**DAVE K. ROY, ESQ. (FBN 92551)**
>1665 Palm Beach Lakes Blvd., Suite 101
>West Palm Beach, FL 33401
>Telephone:   (561) 729-0095
>Facsimile:   (267) 222-6953
>E-mail: info@daveroylaw.com
>*Attorneys for the Plaintiff*
>
>*AND*
>
>**RICHMAN GREER, P.A.**
>
>By: ___**/s/: Leora B. Freire, Esq.**___
>**LEORA B. FREIRE, ESQ. (FBN 13488)**
>**GERALD F. RICHMAN, ESQ. (FBN 66457)**
>Richman Greer, P.A.
>250 Australian Ave. S.
>West Palm Beach, FL 33401
>E-mail: grichman@richmangreer.com
>*Attorneys for Defendant Joel Jenkins*