UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-80988-MIDDLEBROOKS

CORDELL FUNDING, LLLP,

    Plaintiff,

v.

JOEL JENKINS,

    Defendant.
_____/

## ORDER RE-OPENING CASE

This case is before the Court on limited remand from the Eleventh Circuit to determine whether the Court has subject matter jurisdiction. (DE 229). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **RE-OPEN** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 31 day of January, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record