UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:11-CV-80988-DMM

CORDELL FUNDING, LLP.,
a Florida Limited Liability
Limited Partnership

       Plaintiff,
vs.

JOEL JENKINS,

       Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLETE JURISDICTIONAL DISCOVERY AND TO SUBMIT A BRIEF ON SAME

Defendant Joel Jenkins, by and through his undersigned counsel, hereby files this Unopposed Motion to Extend the Deadline to Complete Jurisdictional Discovery and to Submit a Brief, and in support thereof states as follows:

1. On January 23, 2017, following a remand from the Eleventh Circuit of Appeals, this Court entered an order to permit the parties to conduct discovery for the purpose of determining the citizenship of the parties.

2. Plaintiff is a limited liability partnership wherein the citizenship of the partnership is determined by the citizenship of the owners. The partnership is comprised of individuals, as well as a trust. The citizenship of a traditional trust is determined by the citizenship of the trustees. The subject trust has multiple trustees.

3. Defendant has offered to accept affidavits from Plaintiff pertaining to the citizenship of the relevant individuals so as to avoid taking each individual's deposition and further delay these proceedings. Plaintiff is in the process of obtaining the multiple affidavits.

4. The remaining discovery to be taken is the deposition of Defendant Joel Jenkins.

5. The Court set a jurisdictional discovery deadline for February 21, 2017.

6. Defendant seeks to extend this deadline until March 3, 2017 because Defendant is out of the country until February 22, 2017.

7. The Court also set a deadline of February 23, 2017 for the parties to submit a brief as to whether the Court has subject matter jurisdiction.

8. Defendant seeks to extend this deadline until March 7, 2017 so that all discovery will be completed prior to submitting the brief.

9. Plaintiff has agreed to Defendant's requests for extensions of the deadlines set forth in the Court's January 23, 2017 order.

WHEREFORE, it is respectfully requested that the Court GRANT Defendant's unopposed motion, extend the deadline for the parties to complete jurisdictional discovery until March 3, 2017, extend the deadline for the parties to submit a brief regarding subject matter jurisdiction until March 7, 2017, and for other such relief as the Court deems just and proper.

Respectfully submitted,

By/s/: Gerald F. Richman
GERALD F. RICHMAN
Florida Bar No.: 066457
grichman@richmangreer.com
ecrippen@richmangreer.com
LEORA B. FREIRE
Florida Bar No.: 0013488
lfreire@richmangreer.com
ecrippen@richmangreer.com
**RICHMAN GREER, P.A.**
250 Australian Ave. South, Ste. 1504
West Palm Beach, Florida 33401
Telephone: (561) 803-3500
Facsimile: (561) 820-1608
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 17, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: /s/ Gerald F. Richman
GERALD F. RICHMAN

Service List
Dave Roy, Esq.
Roy & Associates
daveroy@mac.com
info@daveroylaw.com
Counsel for Plaintiff