UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-MIDDLEBROOKS

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
    **Plaintiff,**
-vs-

**JOEL JENKINS,**
    **Defendant.**
_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

  **PLEASE TAKE NOTICE** that Plaintiff, CORDELL FUNDING, LLLP., will take the deposition of Defendant, JOEL JENKINS, on the date, time and location indicated below:

  DATE:  Wednesday, March 1, 2017

  TIME:  1:30 a.m. E.S.T

  PLACE:  HARRIS CADDELL & SHANKS
       214 Johnston Street S.E.
       Decatur, AL 35601

as specified above, upon oral examination before a Court Reporter, or some other official duly authorized by the law to take depositions. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

  The deponent, JOEL JENKINS, shall have with him at that time all documents listed on schedule "A" attached.

## CERTIFICATE OF SERVICE

Cordell Funding, LLLP V. Jenkins
Case No.: 9:11-cv-80988
Notice of Taking Deposition DT
Page 2 of 3

      **I HEREBY CERTIFY** that on **Friday, February 24, 2017**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

          Respectfully Submitted,
          **ROY & ASSOCIATES, P.A.**

          **/s/: Dave K. Roy, Esq.**
By:_____
          **DAVE K. ROY, ESQ. (FBN 92551)**
          1665 Palm Beach Lakes Blvd., Suite 101
          West Palm Beach, FL 33401
          Telephone:    (561) 729-0095
          Facsimile:     (267) 222-6953
          E-Service: info@daveroylaw.com

**SERVICE LIST:**
**Gerald F. Richman, Esq.,** Richman Greer, P.A., 250 Australian Ave. S., West Palm Beach, FL 33401; E-Service: grichman@richmangreer.com *Attorneys for Defendant Joel Jenkins*

Cordell Funding, LLLP V. Jenkins
Case No.: 9:11-cv-80988
Notice of Taking Deposition DT
Page 3 of 3

## **EXHIBIT A**

1. Any and all documents that reflect your efforts to secure residency in the State of Florida, including, but not limited to, lease applications, residential contracts to purchase homestead real estate, and/or government identification issued by the State of Florida.