UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-MIDDLEBROOKS

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
         Plaintiff,
-vs-

**JOEL JENKINS,**
         Defendant.
_____/

## SECOND MOTION FOR ENLARGEMENT OF TIME

**HERE COMES NOW,** Plaintiff, Cordell Funding, LLLP, (hereafter "CORDELL") by and through the undersigned counsel and files this Second Motion for Enlargement of Time and states the following in support thereof:

1.    Plaintiff noticed the deposition of Joel Jenkins for March 1, 2017 in Decatur, Alabama where the Defendant resides. Because of severe weather conditions in the area the court reporter was not able to be present since the owner of the court reporting agency made the decision to keep the reporters at home for their safety. See affidavit of Paula Graham attached hereto as **Exhibit A**.

2.    Plaintiff should not be prejudiced because of an act of God. With all due diligence and prudence, Plaintiff scheduled the deposition of the Defendant in Decatur, Alabama, but weather conditions intervened.

3.    It is essential for the Plaintiff to take the deposition of the Defendant because the Defendant, now, is attempting to allege that in August 2011, at the time of the filing of this action, he was a citizen of Florida (see affidavit of Joel Jenkins, dated March 2, 2017, attached

hereto as **Exhibit B**). Defendant's new allegations contradict the Answer filed by the Defendant in a sister case (arising out of the same business deal gone bad) that was litigated in state court (Case # 2007CA006416XXXXMB, attached hereto as **Exhibit C**), Defendant's Answer in the instant litigation to Plaintiff's original Complaint (attached hereto as **Exhibit D**) and deposition testimony of Defendant taken on December 13, 2013 (attached hereto as **Exhibit E**). It is because of this unexpected and sudden change of citizenship that the Plaintiff needs to depose the Defendant to inquire as to the basis for his claim.

4. In addition, Plaintiff will not to be able to obtain the executed affidavit of Charles Petero, the general manager of Southpac Trust International, Inc., until Monday, the day of the current discovery deadline. Charles Petero resides in the Cook Islands, an island off of the coast of New Zealand, and their business day is 7 hours behind our business day. Because of the difference in time zones, the undersigned will not be able to make any necessary changes and deliver the executed affidavit to opposing counsel before the March 6, 2017, discovery deadline.

5. The undersigned has spoken with Leora Freire, Esq., who objects to an enlargement of time.

**WHEREFORE,** Plaintiff, Cordell Funding, LLLP, respectfully requests that this Honorable Court grant an enlargement of time to obtain the executed affidavit of Southpac Trust International, Inc., and to depose the Defendant, Joel Jenkins.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **Friday, March 03, 2017**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically transmitted notices of electronic filings.

                    Respectfully Submitted,
                    **ROY & ASSOCIATES, P.A.**

                    **/s/: Dave K. Roy, Esq.**
By: _____
       **DAVE K. ROY, ESQ. (FBN 92551)**
       1665 Palm Beach Lakes Blvd., Suite 101
       West Palm Beach, FL 33401
       Telephone:   (561) 729-0095
       Facsimile:    (267) 222-6953
       E-mail: info@daveroylaw.com

**SERVICE LIST**
**Gerald F. Richman, Esq., and Leora Freire, Esq.,** Richman Greer, P.A., 250 Australian Ave. S., West Palm Beach, FL 33401; E-mail: grichman@richmangreer.com and lfreire@richmangreer.com   *Attorneys for Defendant Joel Jenkins*