UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:11-CV-80988-DMM

CORDELL FUNDING, LLP.,
a Florida Limited Liability
Limited Partnership

       Plaintiff,

vs.

JOEL JENKINS,

       Defendant.
_____/

### AFFIDAVIT OF JOEL JENKINS

STATE OF ALABAMA     )
                                 ) ss
COUNTY OF MORGAN     )

1. I am over the age of eighteen and I make this Affidavit upon my personal knowledge.

2. In the year 2011, it was my desire and intent to become a citizen of the State of Florida and to move my family to Fort Lauderdale indefinitely.

3. In 2010, I was in the process of negotiating a deal to perform work in the Bahamas on a regular basis. It was my intent to live in Fort Lauderdale and fly between Fort Lauderdale and the Bahamas for work.

4. Ultimately, however, the deal did not go forward and the instant litigation was initiated against me. Therefore, my plans to complete the move to Florida were halted. As I no longer had employment, I contracted to serve the military and served in Afghanistan. As I would be living overseas, I chose not to move my family to Florida, which would be a completely new

environment for them and highly difficult without me there. However, prior to and at the point the litigation was started, I had taken substantial actions to become a Florida citizen and for Florida to be my and my family's permanent home. .

5. I have family that lives in Fort Lauderdale, Florida and my wife has family that lives in Miami, Florida. We had a substantial connection to Florida and intended to live in Florida with our extended family.

6. Prior to and during the summer of 2011, I engaged in business in the State of Florida, working as a marine surveyor. I spent approximately 3-4 days a week working in Florida.

7. In approximately 2008-2009, I acquired a Florida telephone number: (954) 372-6281.

8. In approximately 2008-2009, I first published this Florida telephone number on my business card for my job as a marine surveyor hoping to grow my business in Florida.

9. In approximately November 2010, I was the beneficiary of a Florida estate of a Mr. John Trimble. Mr. Trimble resided in Hudson, Florida which is in Pasco County, Florida. I inherited a trailer and a truck, both of which were registered in Florida. I remained the owner of the trailer and truck until approximately 2012 when it was readily apparent to me that the deal (which is the subject of the instant litigation) was not going forward. In 2012, I sold the trailer and truck.

10. In or around November 2010, I was looking to purchase a home in Broward County, Florida and was strongly interested in a home subject to foreclosure. The home was located at 2841 NE 36th Street, Fort Lauderdale, Florida 33306. This was the intended home for me and my family to live while I was to commute to the Bahamas a few days a week for work.

11. In 2010-2011, I visited my intended home in Florida numerous times, as did my wife.

12. I began negotiations with the foreclosing bank to negotiate a purchase of the home for $650,000.00. Ultimately, the sale did not go through as it was readily apparent that the intended deal with Plaintiff was not going forward.

13. During the summer of 2011, I negotiated to enter into a partnership for the ownership of a small aircraft – a Baron B-55. The aircraft is maintained and housed in a hangar in Florida at the Fort Lauderdale Executive Airport. I was to purchase an ownership share in the Baron B-55 for $20,000.00. The purpose of the aircraft partnership was to afford me the ability to frequently fly from my intended home (the foreclosed home in Broward County, Florida), to the Bahamas which is the location of the property of the underlying transaction of the instant litigation. The aircraft partnership was finalized, but I withdrew once I realized that the deal in the Bahamas was not going forward.

14. In anticipation of working a few days a week in the Bahamas, while maintaining a home in Fort Lauderdale, Florida, and citizenship in Florida, I shipped a vehicle, a Buick LeSabre, out of the Port of Miami, Florida, to Andros, Bahamas. The shipped vehicle still remains in Andros.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Joel Jenkins

SWORN TO (OR AFFIRMED) AND SUBSCRIBED before me this 2ND day of March, 2017, by Joel Jenkins, who did/did not take an oath and who is personally known _____ or produced identification ✓ .

*[signature]*
Notary Public
State of Alabama

Seddrick Williams
(name of Notary typed, printed or stamped)

My Commission Expires: June 13, 2017

SEDDRICK WILLIAMS
My Commission Expires
June 13, 2017