UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:11-CV-80988-MIDDLEBROOKS

**CORDELL FUNDING, LLLP.,**
A Florida Limited Liability
Limited Partnership
    Plaintiff,
-vs-

**JOEL JENKINS,**
    Defendant.
_____/

## AMENDED SECOND MOTION FOR ENLARGEMENT OF TIME

**HERE COMES NOW,** Plaintiff, Cordell Funding, LLLP, (hereafter "CORDELL") by and through the undersigned counsel and files this Amended Second Motion for Enlargement of Time and states the following in support thereof:

1. Plaintiff noticed the deposition of Joel Jenkins for March 1, 2017 in Decatur, Alabama where the Defendant resides. Michael Compagno, Esq., called into the conference line at 1:30 p.m. for the scheduled deposition. Although Plaintiff was prepared to move forward with the deposition of the Defendant, there were severe weather conditions in the area that prohibited the deposition from going forward as scheduled. See affidavit of Paula Graham attached hereto as **Exhibit A**.

2. Although Plaintiff attempted to reschedule the deposition of Joel Jenkins prior to this Court's deadline of Monday, March 6, 2017, defense counsel claimed that Defendant was unavailable because he was travelling to see his daughter. The undersigned has requested new deposition dates for this upcoming week from opposing counsel.

3. Plaintiff urges this Court not to allow an act of God to prejudice the Plaintiff from obtaining essential information from the Defendant. With all due diligence and prudence, Plaintiff scheduled the deposition of the Defendant in Decatur, Alabama, but weather conditions intervened.

4. It is essential for the Plaintiff to take the deposition of the Defendant because the Defendant, now, is attempting to allege that in August 2011, at the time of the filing of this action, he was a citizen of Florida (see affidavit of Joel Jenkins, dated March 2, 2017, attached hereto as **Exhibit B**). Defendant's new allegations contradict the Answer filed by the Defendant in a sister case (arising out of the same business deal gone bad) that was litigated in state court (Case # 2007CA006416XXXXMB, attached hereto as **Exhibit C**), Defendant's Answer in the instant litigation to Plaintiff's original Complaint (attached hereto as **Exhibit D**) and deposition testimony of Defendant taken on December 13, 2013 (attached hereto as **Exhibit E**). It is because of this unexpected and sudden change of citizenship that the Plaintiff needs to depose the Defendant to inquire as to the basis for his claim.

5. The undersigned recently received information that the general manager of Southpac International Trust, Inc., Charles Petero, is on vacation through Thursday, March 9, 2017. Because of the 7-hour time difference, the undersigned does not expect to receive the affidavit until Friday, March 10, 2017.

6. In addition, counsel for the Defendant, Leora Freire, requested deposition dates for the general partner of the Plaintiff, Robin Rodriguez. Although Plaintiff provided dates to the Defendant, Mr. Rodriguez was travelling for business between the United States and Mexico

on Thursday and Friday of last week. Mr. Rodriguez will be available this coming week for his deposition.

7.  Counsel for the Defendant, Leora Freire, Esq., objects to Plaintiff's request for an enlargement of time.

**WHEREFORE,** Plaintiff, Cordell Funding, LLLP, respectfully requests that this Honorable Court grant an enlargement of time through Monday, March 16, 2017, to obtain the executed affidavit of Southpac Trust International, Inc., and to depose the Defendant, Joel Jenkins.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **Sunday, March 05, 2017**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted notices of electronic filings.

Respectfully Submitted,
**ROY & ASSOCIATES, P.A.**

By: ___**/s/: Dave K. Roy, Esq.**___
**DAVE K. ROY, ESQ. (FBN 92551)**
1665 Palm Beach Lakes Blvd., Suite 101
West Palm Beach, FL 33401
Telephone:   (561) 729-0095
Facsimile:    (267) 222-6953
E-mail: info@daveroylaw.com

**SERVICE LIST**
**Gerald F. Richman, Esq., and Leora Freire, Esq.,** Richman Greer, P.A., 250 Australian Ave. S., West Palm Beach, FL 33401; E-mail: grichman@richmangreer.com and lfreire@richmangreer.com   *Attorneys for Defendant Joel Jenkins*