**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 11-cv-80988-MIDDLEBROOKS

CORDELL FUNDING, LLLP,

Plaintiff,

v.

JOEL JENKINS,

Defendant.
_______________________________/

**ORDER CLOSING CASE**

Pursuant to this Court's Order on Remand, returning this case to the Court of Appeals for further proceedings, the Clerk of Court shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 29 day of March, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record